UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHARON L. JONES,

                Plaintiff,                **MEMORANDUM & ORDER**
                                                                      24-CV-5864 (PKC) (CLP)

   - against -

GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC. C/O SOUNDVIEW HOME
LOAN TRUST 2007-OPT1, FINANCIAL
ASSET SECURITIES CORPORATION ("FASCO"),
LENDER PROCESS SERVICES, GINA GUILLET,
LEO S. ORTEGA, MARK BROYLES, FEIN,
SUCH AND CRANE, LLP, HARRY CRANE,
WELLS FARGO & COMPANY, NEWREZ
C/O PHH MORTGAGE SERVICES, FIRST
AMERICAN TITLE INSURANCE COMPANY,
CEDE AND COMPANY, COMPUTERSHARE
CORPORATE TRUST, SUZANNE YOUSSEF,
SIRUI SHERRY XIA, RONALD H. PARK,
LOGS LEGAL GROUP, LLP, and LEOPOLD &
ASSOCIATES, PLLC,

                Defendants.
-----------------------------------------------------------X
PAMELA K. CHEN, United States District Judge:

      Plaintiff Sharon L. Jones ("Plaintiff") initiated this action seeking money damages in connection with the foreclosure of real property located in Kings County and has paid the filing fee. (Compl., Dkt. 1; Fee Receipt, Dkt. 2.) By Memorandum and Order dated September 18, 2024, the Court directed Plaintiff to Show Cause by October 18, 2024, why this action should not be dismissed for lack of subject matter jurisdiction. (Dkt. 8.) Plaintiff was warned that if she failed to respond or failed to show good cause for why this case should proceed, the action would be dismissed for lack of subject matter jurisdiction and judgment shall enter.

      To date, Plaintiff has not filed a written response as directed. Instead, on October 18, 2024, Plaintiff filed a document titled, "Expressing an International Revocable Pure Equitable Estate

Living Trust," with the heading, "To the Honorable Chancellor Holding the Chancery Court of the State of New York . . . Chambers on the Jurisdiction of the High Court of Chancery, over the Persons and Property of Infants." (Dkt. 11.) On October 21, 2024, Plaintiff filed a document titled, "Quo Warranto-Averment of Jurisdiction." (Dkt. 12.) The Court liberally construes these filings to be Plaintiff's response to the Court's September 18, 2024 Show Cause Order. However, these filings do not set forth any facts or arguments as to why the action should not be dismissed for lack of subject matter jurisdiction.

Accordingly, the Complaint is hereby dismissed without prejudice for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

The Clerk of Court is directed to enter judgment and close this case, and to mail a copy of this Order to Plaintiff, noting service on the docket.

Although Plaintiff paid the filing fee to bring the action, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: November 7, 2024
      Brooklyn, New York